UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES JONES, | : | |
| Petitioner, | : | Civil Action No. 09-2374 (RMB) |
| v. | : | **ORDER** |
| WARDEN OF F.C.I. FORT DIX, | : | |
| Respondent. | : | **CLOSED** |

For the reasons set forth in the Opinion filed herewith,

IT IS on this **7th** day of **August** 2009,

**ORDERED** that the Petition is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and it is further

**ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

                                                   s/Renée Marie Bumb
                                                   Renée Marie Bumb
                                                   United States District Judge